JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-1102 AG (ANx) | Date | October 20, 2009 |
|---|---|---|---|
| Title | UMELINA MARQUES v. WASHINGTON MUTUAL BANK, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:**      **[IN CHAMBERS] ORDER DISMISSING CASE**

On October 1, 2009, this Court issued an order regarding pretrial matters ("October 1 Order"). The Court ordered Plaintiff, within 10 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The October 1 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(October 1 Order at 1-2.)

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-1102 AG (ANx) | Date | October 20, 2009 |
|---|---|---|---|
| Title | UMELINA MARQUES v. WASHINGTON MUTUAL BANK, et al. | | |

Plaintiff has not filed the declaration required by the October 1 Order.  Accordingly, this case is dismissed without prejudice.

                                                                           :  0

Initials of Preparer    lmb